**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |
| DIAMOND SPORTS NET ARIZONA, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-03071 |
| SUNS LEGACY PARTNERS, L.L.C., GRAY TELEVISION INC., and KISWE MOBILE INC., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**[Related to Docket Nos. 1, 3]**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this proceeding by Fed. R. Bankr. P. 7041, Plaintiff Diamond Sports Net Arizona, LLC files this Notice of Dismissal without prejudice against Defendants Suns Legacy Partners, L.L.C., Gray Television Inc., and Kiswe Mobile Inc.   The Defendants have not served answers or a motion for summary judgment. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.   *See* Fed. R. Civ. P. 41(a)(1)(B).

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

July 17, 2023

RESPECTFULLY SUBMITTED:

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Gregory Laufer (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
Randy Luskey (admitted *pro have vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
glaufer@paulweiss.com
wclareman@paulweiss.com
rluskey@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Plaintiff Diamond Sports Net
Arizona, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas and all counsel of record were served accordingly.

*/s/ John F. Higgins*
John F. Higgins